■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHAN PLECZYJ, Appellant. [678 NYS2d 555] —Judgment unanimously affirmed. Memorandum: Defendant's conviction of four counts of criminal possession of a weapon in the third degree (Penal Law § 265.02 [1], [3]) is supported by legally sufficient evidence of constructive possession (*see*, *People v Bleakley*, 69 NY2d 490, 495). That theory is supported by the evidence presented by the People establishing that defendant controlled the area in which the police found the contraband (*see*, *People v Manini*, 79 NY2d 561, 572-574).

We reject the contention of defendant that Supreme Court erred in denying his motion for a *Franks* hearing (*see*, *Franks v Delaware*, 438 US 154). Defendant failed to make the necessary "substantial preliminary showing that a false statement knowingly and intentionally, or with reckless disregard for the truth, was included by the affiant in the warrant affidavit" (*Franks v Delaware*, *supra*, at 155-156; *see also*, *People v Grisafi*, 192 AD2d 147, 149, *lv denied* 82 NY2d 925). The failure of the affiant to disclose to the Magistrate that the informant initially identified another individual does not constitute a knowing, intentional or reckless disregard for the truth (*see*, *People v Lavin*, 220 AD2d 886, 887-888, *lv denied* 87 NY2d 904; *see also*, *People v Hathaway*, 159 AD2d 748, 749; *People v Christopher*, 101 AD2d 504, 529, *revd on other grounds* 65 NY2d 417, *rearg denied* 65 NY2d 1054). (Appeal from Judgment of Supreme Court, Erie County, Burns, J.—Criminal Possession Weapon, 3rd Degree.) Present—Green, J. P., Lawton, Callahan, Boehm and Fallon, JJ.